(C.D. 3806)

JOHN V. CARR & SON, INC. v. UNITED STATES

United States Customs Court, First Division

(Decided April 29, 1969)

*Barnes, Richardson & Colburn* for the plaintiff.
*William D. Ruckelshaus*, Assistant Attorney General, for the defendant.

Before WATSON, MALETZ, and RE, Judges

RE, Judge: The protests listed in the Schedule of Protests, hereto attached and made a part hereof, having come on to be heard before the First Division of this Court, and defendant having moved to dismiss said actions for failure to file the protests timely, and plaintiff's counsel having admitted their untimeliness,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said motion to dismiss is granted and that said protests be, and the same hereby are, dismissed.